THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM J. THOMAS, Appellant.

Submitted July 2, 1947; decided July 2, 1947.

Motion by appellant for reargument denied and stay vacated. [See 296 N. Y. 1018.]